# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Goodwin, Sr., <br><br>          Plaintiff <br><br>     v. <br><br> The Siegel Group Nevada, Inc., <br><br>          Defendant | Case No. 2:24-cv-00386-CDS-NJK <br><br> **Order Adopting Magistrate Judge's Report and Recommendation and Closing Case** <br><br> [ECF No. 10] |

Plaintiff Christopher Goodwin, Sr. initiated this lawsuit alleging racial discrimination against defendant The Siegel Group Nevada, Inc. Compl., ECF No. 3-1. Because Goodwin applied to proceed *in forma pauperis*, his complaint was screened by Magistrate Judge Nancy J. Koppe. ECF No. 6. Judge Koppe found that Goodwin's complaint did not establish a prima facie case of racial discrimination, so the complaint was dismissed with leave to amend. *Id.* at 3. Goodwin had until May 10, 2024, to file an amended complaint curing the deficiencies identified by Judge Koppe. *Id.* Goodwin timely complied. His amended complaint was again screened under 28 U.S.C. § 1915(e), however, Goodwin's amended complaint fared no better than the original complaint in alleging sufficient facts to support a colorable claim of racial discrimination. ECF No. 9. Judge Koppe then gave Goodwin until September 23, 2024, to file a second amended complaint showing that he has a colorable claim on which to proceed. *Id.* After Goodwin failed to file an amended complaint, or to request additional time to do so, Judge Koppe issued a report and recommendation (R&R) that this case be dismissed. R&R, ECF No. 10. Goodwin had until October 10, 2024, to file objections to that recommendation. *See id.* at 2; Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, no objection has been filed.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Goodwin's amended complaint and agree with Judge Koppe's findings; Goodwin's amended complaint fails to state a claim upon which relief can be granted and contains the same deficiencies as the initial complaint. Further, a review of the docket reveals that Goodwin failed to file a second amended complaint before the deadline. Accordingly, I adopt the R&R in full and dismiss this action without prejudice.

## Conclusion

It is therefore ordered that Magistrate Judge Koppe's report and recommendation **[ECF No. 10] is adopted** in its entirety. This action is dismissed without prejudice.

The Clerk of Court is kindly directed enter judgment accordingly and to close this case.

Dated: November 5, 2024

_____
Cristina D. Silva
United States District Judge